IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 05-CR-00314-F

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RODRIGO GAYTON-ALDAY,
a/k/a Javier Castrejon-Alday,
a/k/a/ Rodrigo Gayton,
a/ka/ Jesus Hernandez-Diaz,
a/ka/ Juan Antonio Sanchez,
A/k/a/ Juan Antonio Gayton,
a/ka/ Ramon Hernandez-Cruz,
a/a/a Jesus Hernandez-Cruz,

    Defendant.

## ORDER TO CONTINUE SENTENCING HEARING

    Defendant's Unopposed Motion to Continue Sentencing Hearing is GRANTED.

The sentencing hearing currently set for February 21, 2006 is CONTINUED to **March 17, 2006 at 10:00 a.m.**

    DATED: December 22, 2005

                                                             BY THE COURT:

                                                             *s/ Phillip S. Figa*
                                                              _____
                                                              Phillip S. Figa
                                                              United States District Judge