# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation of Supervised Release**) |
| v. | Case Number:  05-cr-00314-WJM-01 |
| | USM Number:  17773-051 |
| RODRIGO GAYTON-ALDAY<br>a/k/a: Javier Castrejon-Alday<br>Rodrigo Gaytan<br>Jesus Hernandez-Diaz<br>Juan Antonio Sanchez<br>Juan Antonio Gayton<br>Ramon Hernandez-Cruz<br>Jesus Hernandez-Cruz | Gregory R.S. Daniels, Appointed<br>(Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1,2 and 3, as alleged in the probation officer's petition. The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply with the Special Condition Not to Re-enter the United States Illegally, if Deported | 04/22/2013 |
| 2 | Violation of the Law | 04/22/2013 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

December 4, 2015
Date of Imposition of Judgment

Signature of Judge

William J. Martinez, U.S. District Judge
Name & Title of Judge

9 Dec 2015
Date

DEFENDANT: RODRIGO GAYTON-ALDAY
CASE NUMBER: 05-cr-00314-WJM-01                                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Violation of the Law | 04/22/2013 |

DEFENDANT: RODRIGO GAYTON-ALDAY
CASE NUMBER: 05-cr-00314-WJM-01

Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of eighteen (18) months. The Court orders 9 months of this sentence to be served concurrently to the U.S. District Court, Case No. 14-cr-00241-WJM-01, and 9 months of this sentence to be served consecutively to the above matter.

The Court recommends the defendant be granted credit for time served in pretrial detention.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal